1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GUERRERO, *an individual*; MARISOL GUERRERO, *an individual* <br><br> Plaintiffs, <br> vs. <br><br> WELLS FARGO BANK, N.A., a business entity; FIDELITY NATIONAL TITLE COMPANY, a business entity; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: CV12-05773-R <br><br> *Assigned to Hon. Manuel L. Real* <br><br> **JUDGMENT OF DISMISSAL WITH PREJUDICE** <br><br> **Hearing Date** <br> Date:  September 4, 2012 <br> Time:  10:00 a.m. <br> Ctrm:   8 <br><br> JS-6 |

On September 4, 2012, the Motion to Dismiss of Defendant WELLS FARGO BANK, N.A. to the Complaint of Plaintiffs ANDREW GUERRERO and MARISOL GUERRERO ("Plaintiffs") came before the Honorable Manuel L. Real. This Court having granted Wells Fargo's Motion to Dismiss, and ordered that the entire action be dismissed with prejudice, hereby enters judgment as follows:

1  **IT IS SO ORDERED AND ADJUDGED** that a Judgment of Dismissal
2  with Prejudice is entered in favor of Defendant Wells Fargo.
3
4  **IT IS SO ORDERED.**
5
6  Dated: September 12, 2012
7                                         Honorable Manuel L. Real
8                                         U.S. District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28