*Denied. Nothing new is presented in plaintiffs' behalf. Order to stand.*

*9-17-12* [signature]

1  YELENA GUREVICH, SBN 269487
2  CONSUMER ACTION LAW GROUP
   450 N. Brand Blvd., Ste. 600
3  Glendale, CA 91203
   Tel. (818) 254-8413
4  Fax (866) 936-6916

5  Attorney for Plaintiff
   ANDREW GUERRERO
6  MARISOL GUERRERO

7

8

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

9              UNITED STATES DISTRICT COURT
10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  ANDREW GUERRERO, an individual;  )  CASE NO: 2:12-CV-05773-R-JC
12  MARISOL GUERRERO, an individual, )
                                     )  [PROPOSED] ORDER **DENYING**
13              Plaintiffs,          )  ~~GRANTING~~
                                     )  PLAINTIFF'S MOTION TO VACATE
14        v.                         )  THIS COURT'S ORDER
                                     )  DISMISSING PLAINTIFF'S
15  WELLS FARGO BANK, N.A. a business)  COMPLAINT WITH PREJUDICE
    entity; FIDELITY NATIONAL TITLE  )  AND REMANDING THIS CASE TO
16  COMPANY, a business entity; and DOES) STATE COURT
    1-50 inclusive,                  )
17                                   )
                                     )  Date: September 17, 2012
18              Defendants.          )  Time: 10:00AM
    _____)
19                                      Ctrm: 8
                                        Judge: Manuel L. Real
20

21

22  The Court having received the Motion to Vacate this court's order dismissing this case with
23  prejudice and Motion to Remand to State Court, filed by Plaintiffs Andrew Guerrero and Marisol
24  Guerrero.
25        **NO**
          And good cause Appearing.
26              ^
27        The motion is ~~GRANTED and this Court's order of September 4, 2012 that dismissed~~
                         **DENIED**
28  ~~Plaintiff's Complaint is hereby Vacated, Plaintiffs' case is reinstated, and this case is Remanded~~

1
[PROPOSED] ORDER